PROB 12C
(6/16)

Report Date: March 12, 2024

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Mar 13, 2024**

Eastern District of Washington

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christine Ruth Turner          Case Number: 0980 2:23CR00094-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) | |
| Original Sentence: | Prison - 70 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: December 23, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 22, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On December 27, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Ms. Turner as outlined in the judgment and sentence. Ms. Turner acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: It is alleged that Ms. Turner violated the conditions of her supervised release by knowingly leaving the federal judicial district where she resides without getting permission from the Court or the probation officer, as she partook on an international cruise from on or about, March 3 to 10, 2024.<br><br>On March 5, 2024, the undersigned received an email from an employee of the U.S. Customs and Border Protection agency inquiring if Mrs. Turner and her husband had permission to leave the United States. Furthermore, it was ascertained that Mr. And Mrs. Turner departed on an international cruise on March 3, 2024, and would be returning on March 10, 2024. They would be entering the countries of Belize, Honduras, and Cozumel, Mexico, throughout this cruise. Thereafter, the undersigned attempted to call Mrs. Turner without success and a text |

Prob12C
**Re: Turner, Christine Ruth**
**March 12, 2024**
**Page 2**

message was sent to her at approximately 9:49 a.m., directing her to report to the probation office before the end of the day and to contact the undersigned as to what time they will be arriving. A text message response from Mrs. Turner was received at 7:04 p.m., stating that she had been busy and that she was at a 6-day wedding event. The undersigned responded inquiring regarding the location of the wedding. Mrs. Turner did not immediately answer the question and provided vague responses though ultimately stated, "sorry the wedding is in Texas." Mrs. Turner continued to provide vague responses and the undersigned ultimately informed her this would be discussed further upon their return from the cruise.

On March 12, 2024, the undersigned spoke with Mrs. Turner via telephone and it was at this time she was very apologetic about being deceitful on March 5, 2024, when text messaging with the undersigned and leaving the district without permission and she stated they did not ask for permission as the request would most likely be denied and that the undersigned would not find out about their travel.

2      **Standard Condition #4**: You must answer truthfully the questions answered by your probation officer.

**Supporting Evidence**: It is alleged that Mrs. Turner violated the conditions of her supervised release on March 5, 2024, by initially being deceitful about questions asked by her probation officer in respect to her specific whereabouts.

On March 5, 2024, the undersigned received an email from an employee of the U.S. Customs and Border Protection agency inquiring if Mrs. Turner and her husband had permission to leave the United States. Furthermore, it was ascertained that Mr. And Mrs. Turner departed on an international cruise on March 3, 2024, and would be returning on March 10, 2024. They would be entering the countries of Belize, Honduras, and Cozumel, Mexico, throughout this cruise. Thereafter, the undersigned attempted to call Mrs. Turner without success and a text message was sent to her at approximately 9:49 a.m., directing her to report to the probation office before the end of the day and to contact the undersigned as to what time they will be arriving. A text message response from Mrs. Turner was received at 7:04 p.m., stating that she had been busy and that she was at a 6-day wedding event. The undersigned responded inquiring regarding the location of the wedding. Mrs. Turner did not immediately answer the question and provided vague responses though ultimately stated, "sorry the wedding is in Texas." Mrs. Turner continued to provide vague responses and the undersigned ultimately informed her this would be discussed further upon their return from the cruise.

On March 12, 2024, the undersigned spoke with Ms. Turner via telephone and it was at this time she was very apologetic about being deceitful on March 5, 2024, when text messaging with undersigned and leaving the country without permission and she stated they did not ask for permission as the request would most likely be denied and that the undersigned would not find out about their travel.

3      **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
Re: Turner, Christine Ruth
March 12, 2024
Page 3

**Supporting Evidence**: It is alleged that Mrs. Turner violated the conditions of her supervised release by failing to report to the U.S. Probation Office as directed on March 12, 2024.

On March 11, 2024, the undersigned sent a text message to Mrs. Turner directing her to report to the U.S. Probation Office before 10 a.m., on March 12, 2024. On March 12, 2024, at approximately 7:49 a.m., Mrs. Turner informed the undersigned she would be unable to report as directed as she returned from their trip at 2 a.m. and ascertained while they were away the brake pad on their car was no longer working and that it is now getting repaired at 3 p.m., and thus she could not report as directed on today's date. Thereafter, the undersigned called and spoke to Mrs. Turner via telephone and she was directed to report to the probation office with Mr. Turner on March 13, 2024, at 9 a.m., and she committed to doing so.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 12, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

March 13, 2024
Date