PROB 12C
(6/16)

Report Date: April 2, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 02, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christine Ruth Turner              Case Number: 0980 2:23CR00094-TOR-1

Address of Offender: [REDACTED] Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) |
| Original Sentence: | Prison - 70 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| Defense Attorney: | David R. Partovi |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 23, 2022

Date Supervision Expires: December 22, 2027

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/12/2024.

On December 27, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Ms. Turner as outlined in the judgment and sentence. Ms. Turner acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4:** The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale.<br><br>**Supporting Evidence**: It is alleged that Ms. Turner violated the conditions of her supervised release by consuming alcohol on or about March 5, 2024. On April 1, 2024, Ms. Turner admitted to the undersigned that she had a glass of champagne on March 5, 2024, when she partook in wedding festivities while on an international cruise. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Turner, Christine Ruth**
**April 2, 2024**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 2, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: The revocation hearing scheduled for 4/10/2024 remains set.

Thomas O. Rice
United States District Judge

April 2, 2024
Date