PROB 12C
(6/16)

Report Date: July 10, 2024

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christine Ruth Turner | Case Number: 0980 2:23CR00094-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓  Ritzville, Washington 99169 | |

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) | |
| Original Sentence: | Prison - 70 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: December 23, 2022 |
| Defense Attorney: | David R. Partovi | Date Supervision Expires: December 22, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/12/2024 and 04/02/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: It alleged that Ms. Turner violated the conditions of her supervised release by using amphetamines on or about June 17, 2024.<br><br>On June 17, 2024, Ms. Turner reported to the U.S. Probation Office as directed and provided a urinalysis that tested presumptive positive for methamphetamine and amphetamines. Ms. Turner denied using any illicit substances and the sample was sent for confirmation. On June 26, 2024, the urinalysis returned positive for amphetamines. On June 26, 2024, Ms. Turner again denied using any illicit substance. Ms. Turner has opined that on June 16, 2024, she had an allergic reaction in which she used her Epipen and subsequently used Benadryl as a possible explanation for this positive test. |

Prob12C
**Re: Turner, Christine Ruth**
**July 10, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2024

s/Jonathan C. Bot

Jonathan C Bot
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

July 11, 2024
Date