PROB 12C
(6/16)

Report Date:  April 29, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christine Ruth Turner          Case Number: 0980 2:23CR00094-TOR-1

Address of Offender: ████████████ Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841 (a)(1) and (b)(1)(B) |

Original Sentence:     Prison - 70 months          Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:     Earl Allan Hicks          Date Supervision Commenced: December 23, 2022

Defense Attorney:     David R. Partovi          Date Supervision Expires: December 22, 2027

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on March 31, 2026.

On December 27, 2022, Mrs. Turner signed her judgement and sentence acknowledging an understanding of her conditions of supervision.

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Mrs. Turner violated the conditions of her supervised release by failing to report to the probation office as instructed on or about April 20, 2026.

(See narrative in violation number 4.)

| 4 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

Prob12C
**Re: Turner, Christine Ruth**
**April 29, 2026**
**Page 2**

**Supporting Evidence**: It is alleged that Mrs. Turner violated the conditions of her supervised release on or about April 20, 2026, by using methamphetamine and marijuana.

On April 20, 2026, Mrs. Turner was given instructions to report to the probation office before her initial appearance for a urine test; however, she failed to do so. During her initial appearance, the Court was made aware that Mrs. Turner did not report as directed for a urinalysis prior to her appearance. She was ordered by the Court to provide a urine sample at that time. The Court advised that if Mrs. Turner's urine sample returned positive, she would be detained and placed in custody.

Mrs. Turner provided a urine sample at that time, which tested presumptive positive for marijuana and methamphetamine. Mrs. Turner admitted to the undersigned, and via a written document, that she had consumed marijuana on or about April 18, 2026. However, Mrs. Turner denied any methamphetamine use since March 7, 2026, which is the date that she initially admitted to using during her March 10, 2026, office visit. The sample was sent to the laboratory for confirmation, and was subsequently confirmed positive for marijuana and methamphetamine on April 28, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/29/2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

Thomas O. Rice

Signature of Judicial Officer

May 4, 2026

Date